# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA,
# GAINESVILLE DIVISION

| | |
|---|---|
| Lisa Edwards, Stanley C. Rushton, Jr. and Madeleine Marie Taylor, ) ) ) | |
| Plaintiffs, ) ) | |
| ) | Civil Action File No.: |
| v. ) ) | 2:17-cv-00279-RWS |
| The City of Sky Valley, Georgia, and Hughel Goodgame, in his individual Capacity and in his capacity as Mayor of the City of Sky Valley, and Robert Mason, in his individual capacity and his capacity as Chief of Police of the City of Sky Valley, ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

TO:   The United States District Court for the Northern District of Georgia, Gainesville Division

Defendant Robert Mason ("Defendant"), by and through the undersigned counsel, files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446. In support of this Notice of Removal, Defendant states as follows:

1.

On or about October 30, 2017, Plaintiffs filed a Complaint in the Superior Court of Rabun County, Georgia, styled <u>Edwards, et al. v. The City of Sky Valley, et al</u>, Civil Action No. 2017-cv-0267-S, against The City of Sky Valley, Georgia, Hughel Goodgame, in his individual capacity and in his capacity as Mayor of the City of Sky Valley, and Robert Mason, in his individual capacity and his capacity as Chief of Police of the City of Sky Valley.

2.

Defendant Mason was served with a copy of the Summons and Complaint on November 17, 2017.  In accordance with 28 U.S.C. § 1446(b), Defendant Mason is filing this Notice of Removal within thirty (30) days of receiving the Summons and Complaint.  True and correct copies of the Sheriff's Entry of Service, along with the Summons and Complaint are attached as Exhibit A to this Notice and incorporated herein by reference, and constitute all process, pleadings, and orders received by Defendant Mason in this action.  Defendant Mason reserves all defenses to alleged service of process.

3.

Venue is proper in the Gainesville Division of this Court because it is "the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

4.

Plaintiffs' Complaint asserts a cause of action under 42 U.S.C. § 1983 against all Defendants. Therefore, this Court has original jurisdiction over this civil action because it arises under the Constitution, laws, or treaties of the United States. 28 U.S.C. § 1331.

5.

Plaintiffs' Georgia state law claims are based upon the same operative facts as Plaintiffs' federal claims and therefore form part of the same case or controversy so that this Court may exercise supplemental jurisdiction over Plaintiffs' state law claims. 28 U.S.C. § 1367(a). Accordingly, this entire case is removable under 28 U.S.C. § 1441(c).

6.

In accordance with 28 U.S.C. §1446, all co-defendants have consented to this removal as shown by their signed consent forms attached hereto as Exhibit B.

7.

Contemporaneous with the filing of this Notice of Removal, written notice of Defendant Mason's Notice of Removal is being served upon Plaintiffs, through their counsel of record, and a copy of the Notice of Removal is being filed with the Clerk of Court for the Superior Court of Rabun County, Georgia, in accordance with 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendant Mason hereby removes the above-styled civil action to this Court's jurisdiction.

Respectfully submitted this 15th day of December, 2017.

s/Tracy L. Glanton<br>
Tracy L. Glanton<br>
Georgia Bar No. 415008

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, NW
Atlanta, Georgia 30303
Telephone: (404) 659-6700
Facsimile: (404) 222-9718
glanton@elarbeethompson.com

Attorney for Defendant Mason

## **CERTIFICATION OF COUNSEL**

Pursuant to Local Rule 7.1, N.D. Ga., the undersigned counsel certifies that this document was prepared with Times New Roman (14 point), one of the font and point selections approved by the Court in Local Rule 5.1C, N.D. Ga.

Respectfully submitted this 15th day of December, 2017.

s/Tracy L. Glanton
Tracy L. Glanton
Georgia Bar No. 415008

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, NW
Atlanta, Georgia 30303
Telephone: (404) 659-6700
Fax: (404) 222-9718
glanton@elarbeethompson.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA,
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| Lisa Edwards, Stanley C. Rushton, Jr. and Madeleine Marie Taylor, | ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action File No.: |
| v. | ) ) | _____ |
| The City of Sky Valley, Georgia, and Hughel Goodgame, in his individual Capacity and in his capacity as Mayor of the City of Sky Valley, and Robert Mason, in his individual capacity and his capacity as Chief of Police of the City of Sky Valley, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### **CERTIFICATE OF SERVICE**

I hereby certify that, on December 15, 2017, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was electronically filed via the Court's CM/ECF system and a service copy of the same was mailed to the following, via U.S. mail, postage prepaid:

<u>Counsel for Plaintiffs</u>

Michael H. Cummins, II
P.O. Box 1568
Clayton, GA 30525

<u>Counsel for Defendants City of Sky Valley and Hughel Goodgame</u>

John A. Dickerson
Austin Perry
McClure, Ramsay, Dickerson & Escoe, LLP
38 Falls Road
P. O. Drawer 1408
Toccoa, Georgia  30577


Respectfully submitted this 15th day of December, 2017.

                                                          <u>s/Tracy L. Glanton</u>
                                                          Tracy L. Glanton
                                                          Georgia Bar No. 415008

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, NW
Atlanta, Georgia 30303
Telephone: (404) 659-6700
Fax: (404) 222-9718
<u>glanton@elarbeethompson.com</u>

Attorney for Defendant Mason